UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WEBO GIRL PUBLISHING, INC., *et al.*, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-954 |
| | § | |
| ARCHIE NOEL PATTERSON, JR., | § | |
|     *Defendant*. | § | |

**ORDER GRANTING PLAINTIFFS' REQUEST
FOR SANCTIONS AND EXPEDITED REQUEST
FOR AMENDED SCHEDULING ORDER**

Before the court is Plaintiffs' Request for Sanctions and Expedited Request for Amended Scheduling Order. Dkt. 37. After considering the plaintiffs' request, defense counsel's response, and the arguments of counsel and the applicable law, the court GRANTS the plaintiffs' request.

It is HEREBY ORDERED:

1. Each of the requests for admissions contained in the plaintiffs' First Set of Requests for Admission Nos. 1-19, served on the defendant on or about May 9, 2006, are hereby deemed to be ADMITTED for all purposes, including for purposes of any dispositive motion that may be filed herein and for any trial of this case. The defendant may not seek to withdraw or amend such admissions.

2. The Docket Control Order (Dkt. 20) is modified as follows:

| | | New Deadline |
|---|---|---|
| 4. | All discovery is completed, except for discovery to be conducted by Plaintiffs limited solely to issues related to damages, which must be completed by: | January 15, 2007 |
| 5. | DISPOSITIVE MOTIONS will be filed and served by: | February 15, 2007 |
| 6. | NON-DISPOSITIVE MOTIONS will be filed by: | March 1, 2007 |

3. The trial setting of November 13, 2006 is VACATED.

4. The plaintiffs shall recover of the defendant, Archie Noel Patterson, Jr., the sum of $9,144.75, which represents an award of reasonable attorneys' fees and costs incurred by the plaintiffs arising from the failure of the defendant and his counsel to attend the court-ordered settlement conference on October 19, 2006, and the reasonable attorneys' fees and costs to prepare the Plaintiffs' Request for Sanctions.

FOR ALL SUCH SUMS, LET EXECUTION ISSUE.

Signed at Houston, Texas on November 3, 2006.

_____
Gray H. Miller
United States District Judge